UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY E. SMITH, | ) |
| Plaintiff, | ) No.  CV-05-0342-CI |
| v. | ) ORDER GRANTING JOINT MOTION |
| | ) FOR STIPULATED REMAND |
| JO ANNE B. BARNHART, | ) PURSUANT TO SENTENCE FOUR OF |
| Commissioner of Social Security, | ) 42 U.S.C. 405(g) |
| Defendant. | ) |

BEFORE THE COURT is the parties' stipulated Motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 25).  The parties have consented to proceed before a magistrate judge. (Ct. Rec. 8). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will conduct further administrative proceedings, including, but not limited to, the following actions: further consideration of the severity of all Plaintiff's impairments; further evaluation of Plaintiff's mental impairments pursuant to the procedures in 20 C.F.R. § 416.920a; consideration of the opinions of Diane L. Rubin, M.D. (Tr. 229-232),

ORDER GRANTING JOINT MOTION FOR STIPULATED REMAND - 1

and Lance Harris, Ph.D. (Tr. 377-382); further consideration of Plaintiff's residual functional capacity; if necessary, further consideration of Plaintiff's ability to perform past relevant work and, if necessary his ability to perform other work in the national economy. The ALJ will also consider and rule on Plaintiff's request at Tr. 28-29, 162-163.

**IT IS FURTHER ORDERED:**

1. The parties' joint Motion for Stipulated Remand **(Ct. Rec. 25)** is **GRANTED**.

2. Judgment shall be entered for the PLAINTIFF.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 6, 2006.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE